# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 13-CR-3050-LRR |
| vs. | **ORDER** |
| REID REDENIUS and RYAN REDENIUS, | |
| Defendants. | |

_____

The matter before the court is the government's unresisted "Motion for Leave to Dismiss Without Prejudice" ("Motion") (docket no. 31), which the government filed on March 11, 2014. Pursuant to Federal Rule of Criminal Procedure 48(a), "[t]he government may, with leave of court, dismiss an indictment, information, or complaint." Fed. R. Crim. P. 48(a). "[T]he district court may deny leave to dismiss an indictment . . . when the defendant objects to the dismissal, [or] when dismissal is clearly contrary to the manifest public interest." *United States v. Jacobo-Zavala*, 241 F.3d 1009, 1012 (8th Cir. 2001). In this case, Defendants Reid Redenius and Ryan Redenius have not objected to the dismissal. Furthermore, the court finds that dismissal is not clearly contrary to the manifest public interest. *See id*. at 1013-14 (finding that dismissal is contrary to the manifest public interest when the prosecutor acts in bad faith or has other improper motives). Accordingly, the Motion is **GRANTED**. The Indictment (docket no. 3) is **DISMISSED WITHOUT PREJUDICE** as to Reid Redenius and Ryan Redenius. The Clerk of Court is **DIRECTED** to satisfy any pending motions.

**IT IS SO ORDERED.**

**DATED** this 12th day of March, 2014.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA